UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEPHEN BAIN ) | |
| Plaintiff, ) | |
| v. ) | NO. 3:08-0656 |
| ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE GRIFFIN |
| TRANSPORTATION CORPORATION ) | |
| OF AMERICA, et al. ) | |
| Defendants. ) | |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 76), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the motion to dismiss filed by Defendant Prison Health Service Inc., (Docket No. 55) is GRANTED and all claims against PHS are dismissed.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE